*Page 1 of 1*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN GADDY,
        Plaintiff,

vs.                        1:05cv134/MMP/MD

SHERIFF STEVE DETRICH, et al.
        Defendants.

_____

## O R D E R

      Plaintiff has filed a pleading entitled "Second Amended Complaint." This document is virtually identical to his previously filed Second Amended Complaint. (Doc. 25). In the most recently filed version, plaintiff omitted the final sentence in the relief requested, and re-signed and dated the complaint. Because the complaint is still legally insufficient and does not correct the deficiencies identified in the court's order of February 27, 2006 (doc. 27), it shall be returned to plaintiff without docketing.

      Accordingly it is ORDERED:

      1. The most recently submitted version of plaintiff's "Second Amended Complaint" shall be returned to him without docketing.

      2. Plaintiff is reminded that his Third Amended Complaint is to be filed on or before March 30, 2006 unless he moves for and is granted an extension of time. Failure to submit a third amended complaint as instructed will result in a recommendation of dismissal of this action.

      DONE AND ORDERED this 14th day of March, 2006.

                              /s/ *Miles Davis*
                              **MILES DAVIS**
                              **UNITED STATES MAGISTRATE JUDGE**