IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN GADDY,
    Plaintiff,

vs.                     1:05cv134/MMP/MD

SHERIFF STEVE DETRICH, et al.
    Defendants.

## REPORT AND RECOMMENDATION

On February 28, 2006, this court entered an order directing plaintiff to file a third amended complaint. He filed a motion for extension of time that was granted on March 30, 2006. (Doc. 38). In the same order, the court reminded him of his overdue obligation to pay the initial partial filing fee, and any installments that had subsequently become due. The court entered an order to show cause on May 4, 2006, directing plaintiff to show cause why this case should not be dismissed for failure to comply with an order of the court for his failure to timely file his third amended complaint and to timely pay the initial partial filing fee and any installments that have subsequently become due in this case. To date, plaintiff has not responded to the court's order.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

At Pensacola, Florida, this 26th day of May, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 3:02cv191/RV/MD3*