IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN GADDY,

    Plaintiff,

v.                                             CASE NO. 1:05-cv-00134-MP-MD

ALACHUA COUNTY DETENTION CENTER,
STEVE DETRICH,
MADISON,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 40, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's case be dismissed for failure to comply with various orders of the Court. The time for filing objections has passed and none have been filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this *17th* day of October, 2006

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge